UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADDAM MOHAMED RAISHANI,

                Petitioner,

      v.

UNITED STATES OF AMERICA,

                Respondent.

20-CV-5936 (RA)
17-CR-421 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to mail a copy of the Court's Memorandum Opinion and Order, dated December 3, 2020, to the petitioner.

SO ORDERED.

Dated:    December 4, 2020
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge